Thelma B. SEXTON et al.,
Plaintiffs-Appellants,

v.

GEORGIA HIGHWAY EXPRESS,
INC., Defendant-Appellee.

No. 75-1262
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

June 13, 1975.

Rehearing and Rehearing En Banc
Denied Sept. 29, 1975.

Thomas E. Davis, Gary F. Burns, Gadsden, Ala., for plaintiffs-appellants.

Jack W. Torbert, Gadsden, Ala., for defendant-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

The order of the district court granting a judgment notwithstanding the verdict in favor of defendant Georgia Highway Express, Inc. is affirmed.

* Rule 18, 5 Cir., see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

Linda ALCALA et al., Appellees,

v.

Kevin J. BURNS, Individually and in his capacity as Acting Commissioner of the State of Iowa Department of Social Services, and Michael Ryan, Individually and in his capacity as Director of the Scott County Department of Social Services, Appellants.

No. 73-1595.

United States Court of Appeals,
Eighth Circuit.

April 23, 1975.

Before MATTHES, Senior Circuit Judge, HEANEY, Circuit Judge, and TALBOT SMITH, Senior District Judge.*

ORDER OF REMAND

This action is remanded to the district court for consideration of the equal protection and due process issues raised by plaintiffs, who were the appellees in this court and respondents in the Supreme Court, in accordance with the order of remand by the Supreme Court in its opinion, —— U.S. ——, 95 S.Ct. 1180, 43 L.Ed.2d 373, filed March 18, 1975.

* Hon. Talbot Smith, Senior District Judge, Eastern District of Michigan, sitting by designation.